IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN DOE,

    Plaintiff,

v.

AUSTIN INDEPENDENT SCHOOL
DISTRICT; JAMES BOWIE HIGH SCHOOL;
BRUCE DINKINS; and JAMES JOHNSON,

    Defendants

CIVIL ACTION NO. A07CA 017SS

(JURY DEMAND)

## ORIGINAL COMPLAINT

TO THE HONORABLE U.S. DISTRICT COURT:

    Comes now, John Doe (Jeremy Howell), Plaintiff, and files this Original Complaint against Austin Independent School District, James Bowie High School, Bruce Dinkins, and James Johnson, as follows:

### I. PARTIES

    1.   Jeremy Howell is an individual who resides in Austin, Travis County, Texas.

    2.   Defendant Austin Independent School District ("Austin ISD") is an independent school district located in Austin, Texas. Austin ISD can be served at 1111 W. 6th Street, Austin, TX 78703.

    3.   Defendant James Bowie High School ("Bowie HS") is a school located in the Austin Independent School District. Bowie HS can be served by serving its principal, Stephen Kane, at 4103 Slaughter Ln., Austin, TX 78749.

    4.   Defendant Bruce Dinkins is an individual who resides in Texas. Dinkins can be served at 4103 Slaughter Ln., Austin, TX 78749.

5. Defendant James Johnson is an individual who resides in Texas. Johnson can be served at 4103 Slaughter Ln., Austin, TX 78749.

## II. JURISDICTION AND VENUE

3. This is a civil action seeking damages from Defendants for sexual discrimination in violation of Title IX of the Education Amendments of 1972, 86 stat. 373, as amended, 20 U.S.C. §§ 1681-88 (1988).

4. This Court has jurisdiction under 20 U.S.C. §§ 1681-88 and 28 U.S.C. § 1331 (federal question).

5. This Court has personal jurisdiction over Austin ISD and Bowie HS because at all times relevant to this lawsuit, they were located in Texas. This Court has personal jurisdiction over Dinkins and Johnson because at all times relevant to this lawsuit they resided in Texas. Venue is proper in this District since the Title IX violations complained of herein occurred in this District.

## III. FACTUAL BACKGROUND

Jeremy Howell attended Bowie HS in the Austin ISD. James Johnson was hired by the Austin ISD to work as a contract band instructor at Bowie HS. Johnson sexually abused Jeremy. The band director and Johnson's supervisor, Bruce Dinkins, was aware of the risk and took no action to stop it.

## IV. COUNT I: TITLE IX VIOLATION

Title IX of the Education Amendments of 1972, 86 stat. 373, as amended, 20 U.S.C. § 1681, states:

> (a) No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any

education program or activity receiving Federal financial assistance[.]

Austin ISD and Bowie HS are education programs/activities that receive Federal financial assistance. Bruce Dinkins was the band director at Bowie HS, and James Johnson was a contractor teaching band at Bowie HS. In violation of the Title IX prohibition of discrimination based on sex, James Johnson sexually abused Jeremy at Bowie HS and other locations. Dinkins, the band director, had actual knowledge of the risk (because of direct and sexual inquiries by Johnson about Jeremy) posed by Johnson, a band teacher, to Jeremy, a student. Dinkins had the authority to prevent the abuse and failed to do so. He further failed to advise Jeremy or his parents of the risk and danger. Violation of Title IX by Austin ISD, Bowie HS, Bruce Dinkins, and James Johnson was the direct and proximate cause of damages to Jeremy Howell.

## V. DAMAGES

Because of Defendants' violations of Title IX, Plaintiff Jeremy Howell has incurred reasonable and necessary medical expenses in the past, and will continue to incur such in the future, and has suffered extreme mental anguish in the past that will continue in the future.

## VI. JURY DEMAND

Plaintiff requests that a jury be convened to try the factual issues in this cause.

WHEREFORE, plaintiff Jeremy Howell demands judgment against defendants Austin Independent School District, James Bowie High School, Bruce Dinkins, and James Johnson for damages and for any other just relief.

Respectfully submitted,

_____
RANDAL MATHIS
State Bar No. 13194300
MATHIS & DONHEISER, P.C.
4600 Trammell Crow Center
2001 Ross Ave.
Dallas, Texas 75201
Telephone: (214) 303-1919
Facsimile: (214) 303-0399
Email: rmathis@mathisdonheiser.com

**ATTORNEYS FOR JEREMY HOWELL**

RECEIVED 

JS 44 (Rev. 11/04) JAN 0 8 2007

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

BY _____ DEPUTY CLERK

## I. (a) PLAINTIFFS
John Doe

**DEFENDANTS**
Austin Independent School District, James Bowie High School, Bruce Dinkins, and James Johnson

(b) County of Residence of First Listed Plaintiff: **Travis**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Travis**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Randal Mathis, Mathis & Donheiser, PC, 4600 Trammell Crow Center, 2001 Ross Ave, Dallas, TX 75201, 214-303-1919

Attorneys (If Known)

**A07CA 017 SS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
20 U.S.C. 1681

Brief description of cause:
Title IX Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 1-5-07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ORIGINAL

404507

AO82
(Rev. 4/90)

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
at Austin

RECEIVED FROM Mathis + Donheiser P.C.
4600 Trammel Crow Center
2001 Ross Ave.
Dallas, TX 75201

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 60 00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | 510000 | 190 00 |
| 508800 | Immigration Fees | 086900 | 100 00 |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | TOTAL | 350.00 |
| 322360 | Miscellaneous Fees | Case Number or Other Reference |
| 143500 | Interest | 1:07-CV-017 |
| 322380 | Recoveries of Court Costs | New case |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | John Doe |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | v. |
| 613300 | Unclaimed Monies | Austin Independent |
| 510000 | Civil Filing Fee (½) | School District, et al. |
| 510100 | Registry Fee | |

$ Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn. #1307

| DATE | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 1-9-07 20 | | ✓ | | |

DEPUTY CLERK: