```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                       AUSTIN DIVISION
 3   JOHN DOE,                      *
                                    *
 4      Plaintiff                   *
                                    *
 5                                  *
     VS.                            * CIVIL ACTION NO.
 6                                  * A-07-CA-017-SS
                                    *
 7   AUSTIN INDEPENDENT             *
     SCHOOL DISTRICT,               *
 8                                  *
        Defendant                   *
 9
     **************************************************
10
              ORAL AND VIDEOTAPED DEPOSITION OF
11
                        JEREMY HOWELL
12
                     SEPTEMBER 17, 2007
13
14   **************************************************
15
16       ORAL AND VIDEOTAPED DEPOSITION OF JEREMY HOWELL,
17   produced as a witness at the instance of the DEFENDANT,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 17th of SEPTEMBER, 2007, from 10:07
20   a.m. to 5:22 p.m., before MELISSA PARKHILL, CSR, in and
21   for the State of Texas, reported by machine shorthand, at
22   the offices of Cole & Powell, 400 W. 15th Street, Suite
23   304, Austin, Travis County, Texas, pursuant to the
24   Federal Rules of Civil Procedure and the provisions
25   stated on the record or attached hereto.
```

EXHIBIT D

```
 1                  A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4            Randal Mathis, Esq.
              Mathis & Donheiser, P.C.
 5            4600 Trammell Crow Center
              2001 Ross Avenue
 6            Dallas, Texas 75201
              214.661.8915
 7            rmathis@mathisdonheimer.com
 8
 9
10    FOR THE DEFENDANTS:
11            Kevin W. Cole, Esq.
              Cole & Powell, P.C.
12            400 W. 15th Street, Suite 304
              Austin, Texas 78701
13            512.482.0003
              kevin@colenpowell.com
14
15
16
      ALSO PRESENT:
17
              Patrick Martin, Videographer
18
19
20
21
22
23
24
25
```

1                         INDEX
2                                                  PAGE
3    Appearances.................................    2
4
     JEREMY HOWELL
5        Examination by Mr. Cole....................    4
         Examination by Mr. Mathis.................. 143
6        Examination by Mr. Cole.................... 144
         Examination by Mr. Mathis.................. 215
7
8    Signature and Changes.......................... 217
9
     Reporter's Certificate......................... 219
10
11
12
13                        EXHIBITS
14   NO.  DESCRIPTION                                PAGE
15   1    Notice of Deposition with Subpoena.........  98
16   2    Copy of Cell Phone Bill.................... 165
17
18
19
20
21
22
23
24
25

1  VIDEOGRAPHER: This is the videotaped
2 deposition of Jeremy Howell. This is the beginning of
3 tape one. Today's date is September 17, 2007. We're on
4 the record at 10:07 a.m.
5  COURT REPORTER: Mr. Howell, I need to
6 swear you in before we get started. Would you raise your
7 right hand, please.
8  JEREMY HOWELL,
9 having been first duly sworn, testified as follows:
10  COURT REPORTER: Thank you.
11  EXAMINATION
12 BY MR. COLE:
13    Q.   Please state your name for the record.
14    **A.   Jeremy Howell.**
15    Q.   Could you spell your last name?
16    **A.   H-o-w-e-l-l.**
17    Q.   Do you have a middle name?
18    **A.   Wayne.**
19    Q.   Okay. Mr. Howell, my name is Kevin Cole. I'm
20 the attorney for the Austin Independent School District
21 in the lawsuit that you filed against Austin Independent
22 School District and James Johnston. Do you understand
23 that?
24    **A.   Yes.**
25    Q.   Be sure and speak up so that he catches



```
19     Q.   Now, you said earlier that you never saw this
20  James Johnston guy after the date he was fired from Bowie
21  High School.
22     A.   Yes.
23     Q.   You never tried to contact him?
24     A.   No.
25     Q.   And he never contacted you?
```

1  A.  No.



1 █████████████████████████████████████

2 █████████████████████████████████████

3 █████████████████████████████████████

4        Q.    Now, in November of last year, I guess that's

5 around the time you would have been living with your mom,

6 you contacted the Austin Police Department, did you not?

7        A.    Yes.

8        Q.    Why did you do that?

9        **A.    I initially contacted the police department**

10 **very shortly after everything was found out with James.**

11 **And I went back to follow up with that initial contact**

12 **whenever I was -- I guess that's whatever record you**

13 **have, the most recent one -- the most recent contact I**

14 **had with them.  I called to follow up with it.**

15       Q.    All right.  It's your testimony that sometime

16 in the spring of 2004 around the time that James

17 Johnston's contract with A.I.S.D. was terminated, you

18 contacted the Austin Police Department?

19       A.    Yes.

20 █████████████████████████████████████

21 █████████████████████████████████████

22 █████████████████████████████████████

23 █████████████████████████████████████

24 █████████████████████████████████████

25 █████████████████████████████████████

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

25      Q.   Did you have any physical injuries from your

1   interactions with James Johnston?

2       A.   I had very bad -- I basically, in the words of
3   my dad, pissed razors for about two weeks, and I had to
4   go get tested for S.T.D.s.  Other than that, physically,
5   no, I was not hurt.

6       Q.   I'm not familiar with the phrase "pissed
7   razors."

8       A.   I'm not either.  It was one of his.  And that's
9   really the only way -- it was excruciating to use the
10  restroom for two weeks.  When I urinated, it felt like I
11  was peeing a razor.  It felt like every time I used the
12  restroom, it was cutting the inside of my penis.

13      Q.   Did you -- You say you were tested for sexually
14  transmitted diseases; is that right?

15      A.   Uh-huh.

16      Q.   Yes?

17      A.   Yes.

18      Q.   Did you -- Were you, in fact, infected with
19  some sort of --

20      A.   No.

21      Q.   -- sexually transmitted disease?

22      A.   No.

23      Q.   And do you recall when it was you were tested?

24      A.   I was tested very promptly after James was
25  found out when I started using the restroom, and it was

1  excruciating to use the restroom.
2      Q.   Did you go to your family doctor?
3      A.   Yes.
4      Q.   And that's where the test was done?
5      A.   Yes.





February 7, 2007

---

Kevin W. Cole, Esq.  Via Facsimile: (512) 482-0013
Cole & Powell
400 West 15th Street, Suite 301
Austin, Texas 78701

RE: Cause No. A-07-CA-017SS; John Doe Vs. Austin I.S.D.

### DEPOSITION OF: JEREMY HOWELL

In accordance with the Rules of Civil Procedure, please find attached the certificate from the above referenced deposition. The original deposition was submitted to the above named witness via USPS-Priority Mail to attorney of record Randal Mathis, Mathis & Donheiser, P.C., 4600 Trammel Crow Center, 2001 Ross Avenue, Dallas, Texas 75201 on October 2, 2007. Please note that the **original transcript was not returned to this office with signature and/or corrections.**

By copy of this letter, all counsel is hereby notified of same.

Sincerely,

LUPE MUNOZ
Legal Support Manager

Attachments

cc:  Randal Mathis, Esq. (via facsimile 214-303-0399)

Austin  Dallas  Houston  Laredo  San Antonio
tel (512)320 8690  tel (972)364 9777  tel (281)471 8500  tel (956)722 2700  tel (210)277 6200
fax (512)320 8692  fax (972)364 9778  fax (281)471 8504  fax (956)722 2707  fax (210)277 8232

114 West 7th Street | Suite 240  Austin, Texas 78701 | toll free 877 720 8690 | toll free fax 866 720 8692 | www.integrity-texas.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TEXAS
 2                         AUSTIN DIVISION

 3   JOHN DOE                    *
                                 *
 4                               *    CIVIL ACTION
     VS.                         *    NO. A-07-CA-107-SS
 5                               *
     AUSTIN INDEPENDENT          *
 6   SCHOOL DISTRICT             *

 7

 8                     REPORTER'S CERTIFICATION
                      DEPOSITION OF JEREMY HOWELL
 9                       SEPTEMBER 17, 2007

10

11       I, MELISSA PARKHILL, Certified Shorthand Reporter in

12   and for the State of Texas, hereby certify to the

13   following:

14       That the witness, JEREMY HOWELL, was duly sworn by

15   the officer and that the transcript of the oral

16   deposition is a true record of the testimony given by the

17   witness;

18       That the deposition transcript was submitted on

19   _October 2, 2006_ to the witness or to the attorney

20   for the witness for examination, signature and return to

21   me by _November 2, 2006_;

22       That the amount of time used by each party at the

23   deposition is as follows:

24       Randal Mathis.........0:03

25       Kevin W. Cole.........5:01
```

INTEGRITY LEGAL SUPPORT SOLUTIONS
512.320.8690 or www.integrity-texas.com

1  That pursuant to information given to the deposition
2  officer at the time said testimony was taken, the
3  following includes counsel for all parties of record:
4  Randal Mathis, Attorney for Plaintiff
5  Kevin W. Cole, Attorney for Defendant

7  That $1,227.00 is the deposition officer's charges
8  to the Defendant for preparing the original deposition
9  transcript and any copies of exhibits;
10  I further certify that I am neither counsel for,
11  related to, nor employed by any of the parties or
12  attorneys in the action in which this proceeding was
13  taken, and further that I am not financially or otherwise
14  interested in the outcome of the action.
15  Certified to by me this 27th of September, 2007.

*[signature: Melissa Parkhill]*

MELISSA PARKHILL
Texas CSR No. 5354
Expiration Date: 12/31/08
Integrity Legal Support Solutions
CRCB Reg. No. 528
114 W. 7th Street, Suite 240
Austin, Texas 78701
512.320.8690
512.320.8692 (FAX)