```
 1           IN THE UNITED STATES DISTRICT COURT COURT
                   WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION

 3                              )
     JEREMY HOWELL,             )
 4        PLAINTIFF             )
                                )
 5                              )
     VS.                        ) CIVIL ACTION NO. A07CA017SS
 6                              )
     AUSTIN INDEPENDENT SCHOOL  )
 7   DISTRICT and JAMES JOHNSTON,)
          DEFENDANTS            )    (JURY DEMAND)
 8                              )

 9
              ORAL DEPOSITION OF JAMES SCOTT JOHNSTON
10                   Taken December 20, 2007

11

12             ORAL DEPOSITION OF JAMES SCOTT JOHNSTON,

13   produced as a witness at the instance of the Plaintiff,

14   and duly sworn, was taken in the above styled and

15   numbered cause on December 20, 2007, from 1:28 p.m. to

16   4:36 p.m., in the offices of Koole Court Reporters of

17   Texas, 711 Navarro Street, #101, San Antonio, Texas,

18   before Joy N. Quiroz-Hernandez, Certified Shorthand

19   Reporter Number 8391 in and for the State of Texas,

20   reported by computerized stenotype, pursuant to the

21   Texas Rules of Civil Procedure (and the provisions

22   stated on the record or attached therein).

23

24

25
```

```
 1                    A P P E A R A N C E S:
 2
 3    FOR THE PLAINTIFF:
 4         RANDAL MATHIS
           SBOT NO. 13194300
 5         Mathis & Donheiser, P.C.
           2001 Ross Avenue, Suite 4600
 6         Dallas, TX 75201
           (214) 303-1919
 7         (214) 303-0399 (Fax)
 8    FOR THE DEFENDANT, AUSTIN INDEPENDENT SCHOOL DISTRICT:
 9         KEVIN W. COLE
           SBOT NO. 04544500
10         Cole & Powell, P.C.
           400 W. 15th Street, Suite 304
11         Austin, TX 78701
           (512) 482-0003
12         (512) 482-0013 (Fax)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                           I N D E X
2
3
4                                                              PAGE
5
6  Appearances ..............................    2
7  Stipulations ........................... ATTACHED
8
9  JAMES SCOTT JOHNSTON
10       Examination by Mr. Mathis .................    5
11       Examination by Mr. Cole ...................   44
12       Further Examination by Mr. Mathis .........  128
13
14 Reporter's Certificate .......................  131
15 Witness's Signature Page/Corrections ..........  130
16
17
18
19
20
21
22
23
24
25

| | EXHIBITS | |
|---|---|---|
| Exhibit Number | Brief Description | Page Marked |
| 1 | Deposition Notice | 5 |
| 2 | Subpoena | 5 |
| 3 | Summons | 5 |
| 4 | Complaint | 5 |
| 5 | Cert. of Publication and Mailing | 5 |
| 6 | Answer to Complaint | 5 |
| 7 | Consulting Agreement | 5 |
| 8 | Klein ISD Employment App. | 128 |

REQUESTED DOCUMENTS/INFORMATION

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | E-Mail Address | 19 |

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  ████████████████████████████████████████
5  ████████████████████████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ████████████████████████████████████████

14     Q.    Okay.  Do you remember Cathy Bennett?
15     **A.    Yes.**
16     Q.    What was her position?
17     **A.    She was the assistant director.  I think she**
18 **was the first assistant.**

19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████

1. ▮▮▮▮▮▮▮▮▮▮
2. Q. Do you keep in touch with Ms. Bennet?
3. A. No.



```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
                     AUSTIN DIVISION


JEREMY HOWELL,                  )
     PLAINTIFF                  )
                                )
                                )
VS.                             )CIVIL ACTION NO. A07CA017SS
                                )
AUSTIN INDEPENDENT SCHOOL       )
DISTRICT and JAMES JOHNSTON,    )
     DEFENDANTS                 )      (JURY DEMAND)
                                )
```

COURT REPORTER'S CERTIFICATE
ORAL DEPOSITION OF JAMES SCOTT JOHNSTON
Taken December 20, 2007

I, Joy N. Quiroz-Hernandez, Certified Shorthand Reporter in and for the State of Texas, do hereby certify to the following:

That the witness was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on January 9, 2008 to the witness, James Scott Johnston, for examination, signature, and return to Integrity Legal Support Solutions by February 9, 2008;

That the amount of time used by each party at the deposition is as follows:

MR. MATHIS - 50 Minutes
MR. COLE - 2 Hours 8 Minutes

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record:

```
 1  FOR THE PLAINTIFF:

 2        RANDAL MATHIS
          SBOT NO. 13194300
 3        Mathis & Donheiser, P.C.
          2001 Ross Avenue, Suite 4600
 4        Dallas, TX 75201
          (214) 303-1919
 5        (214) 303-0399 (Fax)

 6  FOR THE DEFENDANT, AUSTIN INDEPENDENT SCHOOL DISTRICT:

 7        KEVIN W. COLE
          SBOT NO. 04544500
 8        Cole & Powell, P.C.
          400 W. 15th Street, Suite 304
 9        Austin, TX 78701
          (512) 482-0003
10        (512) 482-0013 (Fax)

11
              I further certify that I am neither
12  counsel for, related to, nor employed by any of the
    parties in the action in which this proceeding was
13  taken, and further that I am not financially or
    otherwise interested in the outcome of the action.
14
              Further certification requirements
15  pursuant to Rule 203 of the Texas Rules of Civil
    Procedure will be complied with after they have
16  occurred.

17            Certified to by me this  7th  day of

18   January , 2008.

19
                         _____
20                       Joy N. Quiroz-Hernandez, CSR
                         CSR No. 8391 - Expires 12/31/09
21                       Integrity Legal Support Solutions
                         Firm Registration No. 528
22                       114 West 7th Street, Suite 240
                         Austin, Texas 78701
23                       (512) 482-0003320-8690
                         (512) 482-0003320-8692 (Fax)
24

25
```

Integrity Legal Support Solutions
(512) 320-8690